UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re: §
§
LOVE, ROBIN S § Case No. 11-12190 MJK
§
Debtor(s) §

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 06/20/2011 . The undersigned trustee was appointed on 06/20/2011 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of             $     5,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim disbursement | 0.00 |
    | Administrative expenses | 4.65 |
    | Bank service fees | 105.00 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |
    | Leaving a balance on hand of[1]    $ | 4,890.35 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 06/08/2012 and the deadline for filing governmental claims was 06/08/2013 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,250.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,250.00 , for a total compensation of $ 1,250.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/13/2013            By:/s/MARK J. SCHLANT
                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-12190 | MJK | Judge: MICHAEL J. KAPLAN | | Trustee Name: | MARK J. SCHLANT |
|---|---|---|---|---|---|---|
| Case Name: | LOVE, ROBIN S | | | | Date Filed (f) or Converted (c): | 06/20/11 (f) |
| | | | | | 341(a) Meeting Date: | 08/02/11 |
| For Period Ending: 09/13/13 | | | | | Claims Bar Date: | 06/08/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2038 Petersmith Road, Kent, NY | 133,478.00 | 0.00 | | 0.00 | FA |
| 2. Bank accounts | 200.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 3,000.00 | 0.00 | | 0.00 | FA |
| 4. Clothing | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. 401k plan | 34,801.00 | 0.00 | | 0.00 | FA |
| 6. 2006 Dodge Durango | 13,645.00 | 0.00 | | 0.00 | FA |
| 7. 1996 Chevrolet pickup | 800.00 | 800.00 | | 0.00 | FA |
| 8. 2000 Chevrolet Silverado | 2,150.00 | 0.00 | | 0.00 | FA |
| 9. Collision insurance proceeds Debtor transferred these proceeds prepetition. | 11,836.00 | 0.00 | | 0.00 | FA |
| 10. Fraudulent transfer claim vs. debtor's son | 11,836.00 | 0.00 | | 5,000.00 | FA |
| TOTALS (Excluding Unknown Values) | $212,746.00 | $800.00 | | $5,000.00 | $0.00 |
| | | | | Gross Value of Remaining Assets | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Interest in vehicle settled; examine claims.

Initial Projected Date of Final Report (TFR): 02/01/13     Current Projected Date of Final Report (TFR): 08/01/13

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-12190 -MJK
Case Name: LOVE, ROBIN S
Taxpayer ID No:
For Period Ending: 09/13/13

Trustee Name: MARK J. SCHLANT
Bank Name: UNION BANK
Account Number / CD #: *******3155  Checking Account

Blanket Bond (per case limit): $ 24,405,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/10/13 | | Trsf In From Capital One | INITIAL WIRE TRANSFER IN | 9999-000 | 4,995.35 | | 4,995.35 |
| 02/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,980.35 |
| 03/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,965.35 |
| 04/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,950.35 |
| 05/28/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,935.35 |
| 06/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,920.35 |
| 07/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,905.35 |
| 08/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 15.00 | 4,890.35 |

COLUMN TOTALS     4,995.35     105.00
Less: Bank Transfers/CD's     4,995.35     0.00
Subtotal     0.00     105.00
Less: Payments to Debtors     0.00
Net     0.00     105.00

Page Subtotals     4,995.35     105.00

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 11-12190 -MJK  
Case Name: LOVE, ROBIN S  
Taxpayer ID No:  
For Period Ending: 09/13/13

Trustee Name: MARK J. SCHLANT  
Bank Name: Capital One  
Account Number / CD #: ********9009  Checking Account  
Blanket Bond (per case limit): $ 24,405,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/06/12 | 10 | Robin Love 2938 Petersmith Road Kent, NY 14477 | Payment to settle claim re vehicle | 1141-000 | 5,000.00 | | 5,000.00 |
| 10/12/12 | 001001 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | | 2300-000 | | 4.65 | 4,995.35 |
| 01/10/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 4,995.35 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 5,000.00 | 5,000.00 |
| Less: Bank Transfers/CD's | | 0.00 | 4,995.35 |
| Subtotal | | 5,000.00 | 4.65 |
| Less: Payments to Debtors | | 0.00 | 0.00 |
| Net | | 5,000.00 | 4.65 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - *********3155 | 0.00 | 105.00 | 4,890.35 |
| Checking Account - *********9009 | 5,000.00 | 4.65 | 0.00 |
| | 5,000.00 | 109.65 | 4,890.35 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  5,000.00  5,000.00

Case Number: 11-12190
Debtor Name: LOVE, ROBIN S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|
| 001 3110-00 | ZDARSKY SAWICKI & AGOSTINELLI LLP<br>404 CATHEDRAL PLACE<br>298 MAIN STREET<br>BUFFALO, NY 14202 | Administrative | $483.00 | $0.00 | $483.00 |
| 000001 070 7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany OH 43054-3025 | Unsecured | $8,394.65 | $0.00 | $8,394.65 |
| 000002 070 7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>(2-1) Unsecured Debt | $1,125.94 | $0.00 | $1,125.94 |
| 000003 070 7100-00 | Quantum3 Group LLC as agent for<br>World Financial Network Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Unsecured<br>(3-1) Unsecured Debt | $1,614.61 | $0.00 | $1,614.61 |
| 000004 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>(4-1) SAM'S CLUB or GEMB | $3,127.03 | $0.00 | $3,127.03 |
| 000005 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>(5-1) OLD NAVY or GEMB | $755.87 | $0.00 | $755.87 |
| 000006 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>(6-1) WALMART or GEMB | $1,303.16 | $0.00 | $1,303.16 |
| 000007 070 7100-00 | Metabank-Fingerhut<br>6250 Ridgewood Rd<br>St. Cloud, MN 56303 | Unsecured | $273.93 | $0.00 | $273.93 |
| 000008 070 7100-00 | Midland Funding LLC<br>By its authorized agent Recoser, LLC<br>25 SE 2nd Ave, Suite 1120<br>Miami, FL 33131-1605 | Unsecured<br>(8-1) JCPENNEY CREDIT SERVICES or GEMB | $1,785.06 | $0.00 | $1,785.06 |
| 000009 070 7100-00 | Fifth Third Bank<br>1833 East Paris SE<br>MS#RSCB3E<br>Grand Rapids, MI 49546 | Unsecured | $6,573.77 | $0.00 | $6,573.77 |
| 000010 070 7100-00 | PYOD, LLC its successors and assigns<br>as assignee<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008 | Unsecured | $3,492.18 | $0.00 | $3,492.18 |

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: September 13, 2013

Case Number: 11-12190
Debtor Name: LOVE, ROBIN S

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Greenville, SC 29602 | | | | | |
| 000011 070 7100-00 | Capital One NA c/o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Unsecured | | $3,636.98 | $0.00 | $3,636.98 |
| 000012 070 7100-00 | Portfolio Recovery Associates, LLC POB 12914 Norfolk VA 23541 | Unsecured | | $4,098.54 | $0.00 | $4,098.54 |
| 000013 070 7100-00 | eCAST Settlement Corporation PO Box 7247-6971 Philadelphia, PA 19170-6971 | Unsecured | | $504.88 | $0.00 | $504.88 |
| | Case Totals: | | | $37,169.60 | $0.00 | $37,169.60 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-12190 MJK
Case Name: LOVE, ROBIN S
Trustee Name: MARK J. SCHLANT

      Balance on hand        $      4,890.35

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: MARK J. SCHLANT | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Attorney for Trustee Fees: ZDARSKY SAWICKI & AGOSTINELLI LLP | $ 483.00 | $ 0.00 | $ 483.00 |

    Total to be paid for chapter 7 administrative expenses     $    1,733.00
    Remaining Balance     $    3,157.35

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

    Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 36,686.60 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 8.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 8,394.65 | $ 0.00 | $ 722.47 |
| 000002 | Quantum3 Group LLC as agent for | $ 1,125.94 | $ 0.00 | $ 96.90 |
| 000003 | Quantum3 Group LLC as agent for | $ 1,614.61 | $ 0.00 | $ 138.96 |
| 000004 | Midland Funding LLC | $ 3,127.03 | $ 0.00 | $ 269.12 |
| 000005 | Midland Funding LLC | $ 755.87 | $ 0.00 | $ 65.05 |
| 000006 | Midland Funding LLC | $ 1,303.16 | $ 0.00 | $ 112.15 |
| 000007 | Metabank-Fingerhut | $ 273.93 | $ 0.00 | $ 23.58 |
| 000008 | Midland Funding LLC | $ 1,785.06 | $ 0.00 | $ 153.63 |
| 000009 | Fifth Third Bank | $ 6,573.77 | $ 0.00 | $ 565.76 |
| 000010 | PYOD, LLC its successors and assigns as assignee | $ 3,492.18 | $ 0.00 | $ 300.54 |
| 000011 | Capital One NA | $ 3,636.98 | $ 0.00 | $ 313.01 |
| 000012 | Portfolio Recovery Associates, LLC | $ 4,098.54 | $ 0.00 | $ 352.73 |
| 000013 | eCAST Settlement Corporation | $ 504.88 | $ 0.00 | $ 43.45 |

Total to be paid to timely general unsecured creditors $ 3,157.35

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE